# ATTACHMENT A

Asset Description:

All right to and interest in "Symphony CP (Park Lane) LLC," a Delaware limited liability company, held or acquired, directly or indirectly by Symphony CP Investments LLC and/or Symphony CP Investments Holdings LLC, including but not limited to any interest held or secured by the real property and appurtenances located at 36 Central Park South, New York, New York, 10019, known as the Park Lane Hotel, any right to collect and receive any profits and proceeds therefrom, and any interest derived from the proceeds invested in the Symphony CP (Park Lane) LLC by Symphony CP Investments LLC and/or Symphony CP Investments Holdings.

Interested Parties:

The parties believed to have a potential interest in the Defendant Asset are Symphony CP Investments LLC, Symphony CP Investments Holdings LLC, Low Taek Jho, Jynwel Capital Ltd., Mubadala Development Company PJSC, Witkoff Group LLC, Low Hock Peng, Low Taek Szen and Wells Fargo Bank.  According to a Title report obtained from Jade Research, Inc. on June 14, 2016, title to 36 Central Park South is held in the name of "Symphony CP (Park Lane) Owner LLC," and there are the following liens recorded against the property: a mortgage from Wells Fargo Bank in the amount of $266,700,000, recorded on December 6, 2013.  Symphony CP (Park Lane) Owner LLC is a wholly-owned subsidiary of Symphony CP (Park Lane) LLC.