**QUINN EMANUEL URQUHART & SULLIVAN LLP**
Marshall M. Searcy III (SBN 169269)
marshallsearcy@quinnemanuel.com
865 S Figueroa Street,
Los Angeles, California 90017
Telephone: (213) 443-3000

William Burck (admitted *pro hac vice*)
williamburck@quinnemanuel.com
777 Sixth Street NW, 11th Floor
Washington, DC  20001
Telephone:  (202) 538-8000

Attorneys for Mubadala Development Company PJSC, Fifty Ninth Investment Company LLC, Sixtieth Investment Company LLC, 59th CPS Parking Blocker LLC, 59th CPS Hotel Blocker LLC, and 59th CPS Option Units Blocker LLC

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALL RIGHT TO AND INTEREST IN SYMPHONY CP (PARK LANE) LLC, HELD OR ACQUIRED, DIRECTLY OR INDIRECTLY, BY SYMPHONY CP INVESTMENTS LLC AND/OR SYMPHONY CP INVESTMENTS HOLDINGS LLC, INCLUDING ANY INTEREST HELD OR SECURED BY THE REAL PROPERTY AND APPURTENANCES LOCATED AT 36 CENTRAL PARK SOUTH, NEW YORK, NEW YORK, KNOWN AS | No. CV 16-05370-DSF(PLAx)<br><br>**CLAIMANTS MUBADALA DEVELOPMENT COMPANY PJSC, FIFTY NINTH INVESTMENT COMPANY LLC, SIXTIETH INVESTMENT COMPANY LLC, 59TH CPS PARKING BLOCKER LLC, 59TH CPS HOTEL BLOCKER LLC, AND 59TH CPS OPTION UNITS BLOCKER LLC'S MEMORANDUM IN RESPONSE TO THE JOINT MOTION TO APPROVE THE COOPERATION AGREEMENT REGARDING THE CONTINUED OPERATIONS OF THE JOINT VENTURE AND THE MARKETING OF CERTAIN ASSETS**<br><br>Date:    February 27, 2017<br>Time:   1:30 p.m.<br>Place:   Courtroom 7D (1st Street) |

1  THE PARK LANE HOTEL, ANY
2  RIGHT TO COLLECT AND RECEIVE ANY PROFITS AND PROCEEDS
3  THEREFROM, AND ANY INTEREST DERIVED FROM THE PROCEEDS
4  INVESTED IN THE SYMPHONY CP
5  (PARK LANE) LLC BY SYMPHONY CP INVESTMENTS LLC AND
6  SYMPHONY CP (PARK LANE) LLC,
7
8           Defendant.
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Claimants Mubadala Development Company PJSC, and its wholly-owned subsidiaries Fifty Ninth Investment Company LLC, Sixtieth Investment Company LLC, 59th CPS Parking Blocker LLC, 59th CPS Hotel Blocker LLC, and 59th CPS Option Units Blocker LLC (together "Mubadala"), file this Memorandum in Response to the Joint Motion to Approve the Cooperation Agreement Regarding the Continued Operations of the Joint Venture and the Marketing of Certain Assets filed by the United States ("DOJ"), and WG Partners 36 CPS LLC ("Witkoff"). Mubadala is a significant shareholder in Symphony CP (Park Lane) LLC (the "Joint Venture"). Mubadala's position is as follows:

*First*, insofar as the Cooperation Agreement provides for a process to sell only the interests in the Joint Venture held by the trusts affiliated with the Low Claimants (the "Low Entities"), Mubadala believes a higher valuation, and thus a higher sale price, would be realized through an interlocutory sale of the entirety of the assets underlying the Joint Venture, rather than limiting such a sale to only the interests held by the Low Entities. A wider range of buyers is likely to be interested in an opportunity to acquire the entirety of the assets underlying the Joint Venture than in an opportunity to purchase a portion of those assets owned by an existing structure with already negotiated terms, conditions, and governance. Accordingly, an interlocutory sale should be planned as a sale of the entirety of the assets underlying the Joint Venture. Mubadala would cooperate in arranging such a sale, and we understand Witkoff would as well.

*Second*, Mubadala believes that the interlocutory sale process should be led by an independent third-party broker selected by the Joint Venture partners. The independent broker should then run a competitive and widely circulated bidding process to obtain the best price and terms for the assets underlying the Joint Venture. The appropriateness of hiring an independent third party to run the sale is further supported by the moving papers. The government and Witkoff already acknowledge that a third-party broker is necessary. *See* Joint Memorandum at 15

("The Managing Member shall retain a bona fide third-party broker to aid it in the sale of the Jho Low Interest."). Furthermore, the government has stated that it "may seek the appointment of a Legal/Business Advisor to provide it with business and legal advice regarding the Jho Low Interest and the evaluation of the sale." *Id.* at 15-16.

As such, Mubadala respectfully submits that the interests of all parties are best served by an order (1) authorizing an interlocutory sale of the entirety of the assets underlying the Joint Venture and (2) establishing a process by which an independent third-party broker is selected to lead the sale process. Mubadala also respectfully requests that, if the Court would find it useful to hear further from Mubadala on this issue or to review further support for its position, that Mubadala be afforded an opportunity to submit such materials to the Court.

DATED: February 3, 2017          Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: /s/ *Marshall Searcy*
      Marshall M. Searcy

*Attorney for for Claimant Mubadala Development Company PJSC, Fifty Ninth Investment Company LLC, Sixtieth Investment Company LLC, 59th CPS Parking Blocker LLC, 59th CPS Hotel Blocker LLC, and 59th CPS Option Units Blocker LLC*