**DECHERT LLP**
Anna Do (CASBN 281327)
633 West 5th Street, 37th Floor
Los Angeles, CA 90071
Telephone: (213) 808-5708
Facsimile: (213) 808-5760
Email: anna.do@dechert.com

Andrew J. Levander (*pro hac vice pending*)
1095 Avenue of the Americas
New York, NY 10036-6797
Telephone: (212) 698-3683
Facsimile: (212) 698-3599
Email: andrew.levander@dechert.com

Joseph Fazioli (CASBN_275564, *admission pending*)
2440 West El Camino Avenue, 7th Floor
Mountain View, CA 94040-1499
Telephone: (650) 813-4836
Facsimile: (650) 813-4848
Email: joseph.fazioli@dechert.com

Attorneys for Potential Claimant
Symphony CP (Park Lane) LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALL RIGHT TO AND INTEREST HELD OR SECURED BY THE REAL PROPERTY LOCATED IN NEW YORK, NEW YORK, KNOWN AS THE PARK LANE HOTEL,<br><br>Defendant. | Case No. 2:16-cv-05370-DSF-PLA<br><br>**NOTICE OF INTERESTED PARTIES**<br><br>Assigned for All Purposes to Hon. Dale S. Fischer<br><br>Complaint Filed: July 20, 2016 |

Pursuant to Federal Rules of Civil Procedure, Rule 7.1(a) and Local Rule 7.1-1, the undersigned, counsel of record for potential claimant Symphony CP (Park Lane) LLC ("Symphony"), certifies that the following listed parties may have

a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

| INTERESTED PARTY | CONNECTION |
| --- | --- |
| Virtue Trustees (Switzerland) AG | Trustee |
| FFP Trustees | Trustee |
| Low Hock Peng | Purported Beneficiary |
| Goh Gaik Ewe | Purported Beneficiary |
| Low Taek Szen | Purported Beneficiary |
| Low May Lin | Purported Beneficiary |
| Low Taek Jho | Purported Beneficiary |
| Mubadala Development Company PJSC | Claimant |
| Fifty Ninth Investment Company LLC | Claimant |
| Sixtieth Investment Company LLC | Claimant |
| 59th CPS Parking Blocker LLC | Claimant |
| 59th CPS Hotel Blocker LLC | Claimant |
| 59th CPS Option Units Blocker LLC | Claimant |
| Wells Fargo Bank N.A. | Potential Claimant |
| Husky Finco, LLC | Potential Claimant |
| CRECB Funding III | Potential Claimant |
| Athene Annuity & Life Assurance Company | Potential Claimant |
| American Equity Investment Life Insurance Company | Potential Claimant |
| Symphony CP (Park Lane) LLC | Potential Claimant – Owner of Interest in Defendant Asset |
| WG Partners 36 CPS LLC | Potential Claimant – Owner of Interest in Defendant Asset |
| Steven C. Witkoff | Affiliate of potential claimant WG Partners 36 CPS LLC |
| Symphony CP (Park Lane) Holding Co LLC | Affiliate of potential claimant Symphony CP (Park Lane) LLC |
| Symphony CP Investments Holdings LLC | Owner of Interest in Defendant Asset |
| Symphony CP Investments LLC | Affiliate of Symphony CP Investments Holdings LLC |
| 36 CPS Luxury Hotel Member (NYC) LLC | Affiliate of Symphony CP Investments Holdings LLC |
| 36 CPS Luxury Hotel (NYC) LLC | Affiliate of Symphony CP Investments Holdings LLC |

| | |
|---|---|
| 36 CPS Parking Member (NYC) LLC | Affiliate of Symphony CP Investments Holdings LLC |
| 36 CPS Parking (NYC) LLC | Affiliate of Symphony CP Investments Holdings LLC |
| 36 CPS Residential Sales (NYC) LLC | Affiliate of Symphony CP Investments Holdings LLC |
| 36 CPS Res Units Member LLC | Affiliate of Symphony CP Investments Holdings LLC |
| Symphony 36 CPS Residential Holdings LLC | Affiliate of Symphony CP Investments Holdings LLC |
| 36 CPS Condos (NYC) LLC | Affiliate of Symphony CP Investments Holdings LLC |
| 36 CPS Perfect Zen (NYC) LLC | Affiliate of Symphony CP Investments Holdings LLC |
| 36 CPS Perfect Zen Member (NYC) LLC | Affiliate of Symphony CP Investments Holdings LLC |
| 36 CPS Perfect Harmony Member (NYC) LLC | Affiliate of Symphony CP Investments Holdings LLC |
| 36 CPS Perfect Harmony (NYC) LLC | Affiliate of Symphony CP Investments Holdings LLC |

There may be additional interested parties that have not yet been identified because the claims at issue are not fully known at this time. If and when Symphony determines that there are additional parties that may have a pecuniary interest in the outcome of this case, Symphony will amend this Notice to disclose the parties to the Court.

Dated: February 6, 2017

Respectfully Submitted,

DECHERT LLP
Andrew J. Levander
Joseph Fazioli

By: /s/ Anna Do
    Anna Do
    Attorneys of Record for Symphony

# PROOF OF SERVICE

I, Anna Do, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is US Bank Tower, 633 West 5th Street, 37th Floor, Los Angeles, California 90071-2013. On February 6, 2017, I served a copy of the within document(s):

**NOTICE OF INTERESTED PARTIES**

☒ by attaching a copy of the document(s) listed above to an e-mail provided by the receiving person or entity per request of the receiving person or entity.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

McGuire Woods
David C. Powell
Two Embarcadero Center
Suite 1300
San Francisco, CA 94111-3821
E-mail: dpowell@mcguirewoods.com
Attorneys for Wells Fargo Bank, N.A.

Dechert LLP
Attorneys At Law
Los Angeles

McGuire Woods
John D. Adams
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
E-mail: jadams@mcguirewoods.com
Attorneys for Wells Fargo Bank, N.A.

Robert Gold
535 Fifth Avenue, 4th Floor
New York, NY 10017
E-mail: rginvestgrp@gmail.com
Attorney for WG Partners 36 CPS LLC and Steven C. Witkoff

    I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

    Executed on February 6, 2017, at Los Angeles, California.

                                                    /s/ Anna Do
                                                    Anna Do