Robert Gold, Esq.
535 Fifth Avenue, 4th Floor
New York, NY 10017

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:16-CV-05370-DSF (PLAx) |
| v. | |
| ALL RIGHT TO AND INTEREST IN SYMPHONY CP (PARK LANE) LLC | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Gold, Robert
*Applicant's Name (Last Name, First Name & Middle Initial)*

(917) 683-1162         (203) 222-8250
*Telephone Number*     *Fax Number*

rginvestgrp@gmail.com
*E-Mail Address*

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

WG Partners 36 CPS LLC                                      (Potential claimant)
Steven C. Witkoff                                  (Affiliate of WG Partners 36 CPS LLC)

*Name(s) of Party(ies) Represent*    ☐ *Plaintiff(s)*  ☐ *Defendant(s)*  ☒ *Other:*  See parentheses above

**and designating as Local Counsel**

Do, Anna                                        of   Dechert LLP
*Designee's Name (Last Name, First Name & Middle Initial)*   U.S. Bank Tower
281327          213-808-5700        213-808-5760         633 West 5th Street, 37th Floor
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*   Los Angeles, CA 90071-2013

anna.do@dechert.com
*E-Mail Address*                                                  *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:   ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: _____

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.

☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated: Click here to enter a date.

_____
**U.S. District Judge/U.S. Magistrate Judge**