DEBORAH CONNOR, Chief
Money Laundering and Asset Recovery Section (MLARS)
MARY BUTLER, Chief, International Unit
WOO S. LEE, Deputy Chief, International Unit
JOSHUA SOHN, Trial Attorney
JONATHAN BAUM, Trial Attorney
BARBARA LEVY, Trial Attorney
Criminal Division
United States Department of Justice
  1400 New York Avenue, N.W., 10th Floor
  Washington, D.C. 20530
  Telephone: (202) 514-1263
  Email: Woo.Lee@usdoj.gov

NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JOHN J. KUCERA (CBN: 274184)
MICHAEL R. SEW HOY (CBN: 243391)
Assistant United States Attorneys
Asset Forfeiture Section
  312 North Spring Street, 14th Floor
  Los Angeles, California 90012
  Telephone: (213) 894-3391/(213) 894-3314
  Facsimile: (213) 894-0142
  Email: John.Kucera@usdoj.gov
         Michael.R.Sew.Hoy@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CV 16-5370-DSF (PLAx) |
| Plaintiff, | **NOTICE OF ORDER FILED IN RELATED CASE** |
| v. | |
| ALL RIGHT TO AND INTEREST HELD OR SECURED BY THE REAL PROPERTY LOCATED IN NEW YORK, NEW YORK, KNOWN AS THE PARK LANE HOTEL, | |
| Defendant. | |

On September 24, 2018, this Court issued the attached Order in the related case *United States of America v. Certain Rights To and Interests in Shares of Series D Preferred Stock in Palantir Technologies*, CV 17-4446-DSF (PLAx).

Pursuant to the Order, the government is providing notice of the Order to all claimants in the related 1MDB civil forfeiture cases pending in this Court.

Dated: October 2, 2018

Respectfully submitted,

DEBORAH CONNOR
Chief, MLARS

NICOLA T. HANNA
United States Attorney

 /s/*John J. Kucera*
JOHN J. KUCERA
MICHAEL R. SEW HOY
Assistant United States Attorneys

WOO S. LEE
Deputy Chief, MLARS
JOSHUA SOHN
JONATHAN BAUM
BARBARA LEVY
Trial Attorneys, MLARS

Attorneys for Plaintiff
UNITED STATES OF AMERICA

2