DEBORAH CONNOR, Chief
Money Laundering and Asset Recovery Section (MLARS)
MARY BUTLER, Chief, International Unit
WOO S. LEE, Deputy Chief, International Unit
JONATHAN BAUM, Trial Attorney
BARBARA LEVY, Trial Attorney
JOSHUA SOHN, Trial Attorney
Criminal Division
United States Department of Justice
 1400 New York Avenue, N.W., 10th Floor
 Washington, D.C. 20530
 Telephone: (202) 514-1263
 Email: Woo.Lee@usdoj.gov
NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JOHN J. KUCERA (CBN: 274184)
MICHAEL R. SEW HOY (CBN: 243391)
Assistant United States Attorneys
Asset Forfeiture Section
 312 North Spring Street, 14th Floor
 Los Angeles, California 90012
 Telephone: (213) 894-3391/(213) 894-3314
 Facsimile: (213) 894-0142
 Email: John.Kucera@usdoj.gov
     Michael.R.Sew.Hoy@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV 16-5370-DSF (PLAx) |
|---|---|
| Plaintiff, | **STIPULATION AND REQUEST TO LIFT STAY FOR CLAIM WITHDRAWAL** |
| v. | |
| ALL RIGHT TO AND INTEREST HELD OR SECURED BY THE REAL PROPERTY LOCATED IN NEW YORK, NEW YORK, KNOWN AS THE PARK LANE HOTEL, | |
| Defendant. | |

Plaintiff United States of America (the "Government" or the "United States") and claimants Mubadala Development Company PJSC, Fifty Ninth Investment Company LLC, Sixtieth Investment Company LLC, 59th CPS Parking Blocker LLC, 59th Hotel Blocker LLC, 59th CPS Option Units Blocker LLC, 36 CPS Condos (NYC) Limited, 36 CPS Residential Sales (NYC) Limited, 36 CPS Parking (NYC) Limited, 36 CPS Luxury Hotel (NYC) Limited, Symphony CP (Park Lane) LLC, WG Partners 36 CPS LLC, Athene Annuity & Life Assurance Company, American Equity Investment Life Insurance Company, CRECB Funding III, LLC, and Wells Fargo Bank, N.A., as Administrative Agent for the Senior Lenders (collectively, the "Claimants," and with the Government, the "Parties") by and through their respective undersigned counsel, stipulate and request that the stay in this action be lifted to allow claimants 36 CPS Condos (NYC) Limited, 36 CPS Residential Sales (NYC) Limited, 36 CPS Parking (NYC) Limited, and 36 CPS Luxury Hotel (NYC) Limited (collectively, the "36 CPS Claimants") to withdraw the verified claim filed on or about October 11, 2017 by the 36 CPS Claimants in this civil forfeiture action. (ECF No. 210.)

On July 20, 2016, the Government initiated this civil forfeiture action alleging that the defendant asset is subject to forfeiture pursuant to Title 18, United States Code, Sections 981(a)(1)(C) & (A).

On September 13, 2017, this action was stayed pursuant to 18 U.S.C. § 981(g).

The 36 CPS Claimants have determined that their interests and the interests of the Defendant Asset are furthered and best served by withdrawing their claims in this action. The United States has been informed of this determination and does not object. In seeking to withdraw their claims, the 36 CPS Claimants make no admission of wrongdoing or liability on their part, and their intended withdrawal is not an admission of any facts alleged in the Verified Complaint for Forfeiture *In Rem* or the First Amended Verified Complaint for Forfeiture *In Rem*. Moreover, the 36 CPS Claimants' intended withdrawal has been made on the condition and understanding that the United States shall not use or rely upon this prospective withdrawal, or any subsequent

application or motion for default or default judgment or judgment of forfeiture arising from or related to the withdrawal, in order to raise or support any legal or factual argument in any related forfeiture action.

After the 36 CPS Claimants withdraw their claims in this action, the remaining parties to the instant action have agreed in principle to filing a Joint Stipulation and Request to Enter a Consent Judgment of Forfeiture in the instant action.

Dated: November 16, 2018              Respectfully submitted,

DEBORAH CONNOR
Chief, MLARS

NICOLA T. HANNA
United States Attorney

 /s/*Woo S. Lee*
JOHN J. KUCERA
MICHAEL SEW HOY
Assistant United States Attorneys

WOO S. LEE
Deputy Chief, MLARS
JONATHAN BAUM
BARBARA LEVY
JOSHUA SOHN
Trial Attorneys, MLARS

Attorneys for Plaintiff
UNITED STATES OF AMERICA

| | | |
|---|---|---|
| 1 | Dated: November 16, 2018 | /s/ (by e-mail confirmation) |
| 2 | | WILLIAM BURCK |
| | | MARSHALL M. SEARCY III |
| 3 | | |
| 4 | | Attorneys for |
| | | Mubadala Development Company PJSC |
| 5 | | Fifty Ninth Investment Company LLC |
| 6 | | Sixtieth Investment Company LLC |
| | | 59th CPS Parking Blocker LLC |
| 7 | | 59th CPS Hotel Blocker LLC |
| 8 | | 59th CPS Option Units Blocker LLC |
| 9 | Dated: November 16, 2018 | |
| | | /s/ (by e-mail confirmation) |
| 10 | | EKWAN E. RHOW |
| 11 | | JEREMY D. MATZ |
| | | NAEUN RIM |
| 12 | | PATRICIA H. JUN |
| 13 | | |
| 14 | | Attorneys for |
| | | 36 CPS Condos (NYC) LLC |
| 15 | | 36 CPS Residential Sales (NYC) Limited |
| 16 | | 36 CPS Parking (NYC) Limited |
| | | 36 CPS Luxury Hotel (NYC) Limited |
| 17 | | |
| 18 | Dated:  November 16, 2018 | /s/ (by e-mail confirmation) |
| 19 | | ANDREW J. LEVANDER |
| | | JOSEPH FAZIOLI |
| 20 | | |
| 21 | | Attorneys for |
| | | Symphony CP (Park Lane) LLC |
| 22 | | |
| 23 | | |
| 24 | Dated:  November 16, 2018 | /s/ (by e-mail confirmation) |
| | | ROBERT GOLD |
| 25 | | |
| 26 | | Attorney for |
| | | WG Partners 36 CPS LLC |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | Dated:  November 16, 2018 | /s/ (by e-mail confirmation) |
| 2 | | GEORGE B. NEWHOUSE, JR. |
| 3 | | Attorney for |
| 4 | | Athene Annuity & Life Assurance Company |
| 5 | | American Equity Investment Life Insurance Company |

Dated:  November 16, 2018            /s/ (by e-mail confirmation)
                                     OSCAR RAMALLO
                                     ERIC N. WHITNEY
                                     DIANA STERK

                                     Attorneys for
                                     CRECB Funding III, LLC


Dated:  November 16, 2018            /s/ (by e-mail confirmation)
                                     PAYAM KHODADADI
                                     DION W. HAYES
                                     BENJAMIN L. HATCH
                                     CASEY ERIN LUCIER

                                     Attorneys for
                                     Wells Fargo Bank, N.A.,
                                     As Administrative Agent for the Senior Lenders