1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | NO. CV 16-5370-DSF (PLAx) |
|---|---|
| Plaintiff, | |
| v. | **[PROPOSED]** <br> **ORDER LIFTING STAY OF CIVIL FORFEITURE PROCEEDING FOR THE PURPOSE OF CLAIM WITHDRAWAL** |
| ALL RIGHT TO AND INTEREST HELD OR SECURED BY THE REAL PROPERTY LOCATED IN NEW YORK, NEW YORK, KNOWN AS THE PARK LANE HOTEL, | |
| Defendant. | |

Pursuant to the stipulation and request of the parties, and good cause appearing therefor, IT IS ORDERED that the stay in this action is lifted to allow claimants 36 CPS Condos (NYC) Limited, 36 CPS Residential Sales (NYC) Limited, 36 CPS Parking (NYC) Limited, and 36 CPS Luxury Hotel (NYC) Limited (collectively, the "36 CPS Claimants") to withdraw the verified claim filed on or about October 11, 2017.

DATED:_____

_____
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

DEBORAH CONNOR, Chief
Asset Forfeiture and Money Laundering Section
United States Department of Justice
WOO S. LEE
JONATHAN BAUM
BARBARA LEVY
JOSHUA SOHN
Criminal Division
U.S. Department of Justice

NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

   /s/*Woo S. Lee*_____
JOHN J. KUCERA
MICHAEL R. SEW HOY
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA