UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>　　v.<br><br>ALL RIGHT TO AND INTEREST HELD OR SECURED BY THE REAL PROPERTY LOCATED IN NEW YORK, NEW YORK, KNOWN AS THE PARK LANE HOTEL,<br><br>　　Defendant. | NO. CV 16-5370-DSF (PLAx)<br><br>**ORDER LIFTING STAY OF CIVIL FORFEITURE PROCEEDING FOR THE PURPOSE OF CLAIM WITHDRAWAL** |

　　Pursuant to the stipulation and request of the parties, and good cause appearing therefor, IT IS ORDERED that the stay in this action is lifted to allow claimants 36 CPS Condos (NYC) Limited, 36 CPS Residential Sales (NYC) Limited, 36 CPS Parking (NYC) Limited, and 36 CPS Luxury Hotel (NYC) Limited (collectively, the "36 CPS Claimants") to withdraw the verified claim filed on or about October 11, 2017.

　　IT IS SO ORDERED.

DATED: November 16, 2018

　　　　　　　　　　　　　　　　　　　　　_Dale S. Fischer_
　　　　　　　　　　　　　　　　　　　　　Honorable Dale S. Fischer
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE