1  Ekwan E. Rhow - State Bar No. 174604
      erhow@birdmarella.com
2  Jeremy D. Matz - State Bar No. 199401
      jmatz@birdmarella.com
3  Naeun Rim - State Bar No. 263558
      nrim@birdmarella.com
4  Patricia H. Jun - State Bar No. 277461
      pjun@birdmarella.com
5  Nithin Kumar- State Bar No. 300607
      nkumar@birdmarella.com
6  BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
   DROOKS, LINCENBERG & RHOW, P.C.
7  1875 Century Park East, 23rd Floor
   Los Angeles, California 90067-2561
8  Telephone: (310) 201-2100
   Facsimile: (310) 201-2110
9
   Attorneys for Claimants 36 CPS Condos
10 (NYC) LLC; 36 CPS Residential Sales
   (NYC) Limited; 36 CPS Parking (NYC)
11 Limited; and 36 CPS Luxury Hotel (NYC)
   Limited
12

13              **UNITED STATES DISTRICT COURT**

14     **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

15

16  UNITED STATES OF AMERICA,           CASE NO. 16-CV-5370-DSF (PLAx)

17              Plaintiff,              **CLAIMANTS 36 CPS CONDOS (NYC) LLC, 36 CPS RESIDENTIAL**

18       vs.                            **SALES (NYC) LIMITED, 36 CPS PARKING (NYC) LIMITED, AND**

19  ALL RIGHT TO AND INTEREST IN        **36 CPS LUXURY HOTEL (NYC) LIMITED'S NOTICE OF**
    SYMPHONY CP (PARK LANE) LLC,        **WITHDRAWAL OF**
20  HELD OR ACQUIRED, DIRECTLY          **CLAIM**
    OR INDIRECTLY, BY SYMPHONY
21  CP INVESTMENTS LLC AND/OR           Assigned to Hon. Dale S. Fischer
    SYMPHONY CP INVESTMENTS
22  HOLDINGS LLC, INCLUDING ANY
    INTEREST HELD OR SECURED BY
23  THE REAL PROPERTY AND
    APPURTENANCES LOCATED AT 36
24  CENTRAL PARK SOUTH, NEW
    YORK, NEW YORK, KNOWN AS
25  THE PARK LANE HOTEL, ANY
    RIGHT TO COLLECT AND
26  RECEIVE ANY PROFITS AND
    PROCEEDS THEREFROM, AND
27  ANY INTEREST DERIVED FROM
    THE PROCEEDS INVESTED IN THE
28  SYMPHONY CP (PARK LANE) LLC

3533806.1

BY SYMPHONY CP INVESTMENTS
LLC AND SYMPHONY CP (PARK
LANE) LLC,

               Defendant.

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

     **PLEASE TAKE NOTICE** that Claimants 36 CPS Condos (NYC) LLC, 36 CPS Residential Sales (NYC) Limited, 36 CPS Parking (NYC) Limited, and 36 CPS Luxury Hotel (NYC) Limited ("Claimants") hereby withdraw the Verified Claims they filed in this action on March 24, 2017 (Dkt. 163), and on October 11, 2017 (Dkt. 210), in which they asserted an interest in all rights to and interest in "Symphony CP (Park Lane) LLC," a Delaware limited liability company, held or acquired, directly or indirectly, by Symphony CP Investments LLC and/or Symphony CP Investments Holdings LLC, including but not limited to any interest held or secured by the real property and appurtenances located at 36 Central Park South, New York, New York, 10019, known as the Park Lane Hotel, any right to collect and receive any profits and proceeds therefrom, and any interest derived from the proceeds invested in the Symphony CP (Park Lane) LLC by Symphony CP Investments LLC and/or Symphony CP Investments Holdings (the "Defendant Asset").

     Claimants have determined that their interests and the interests of the Defendant Asset are furthered and best served by withdrawing their claims.  In doing so, Claimants make no admission of wrongdoing or liability on the part of the Claimants, nor do they concede any defenses, objections, or oppositions that have been or could have been raised in this proceeding, including but not limited to jurisdiction and venue defenses.  This withdrawal is not an admission of any facts alleged in the Verified Complaint for Forfeiture *In Rem* or the First Amended Verified Complaint for Forfeiture *In Rem*.

     Plaintiff United States has been informed of this withdrawal and has indicated

1   to counsel for Claimants that it has no objection to it.  This withdrawal has been

2   made on the condition and understanding that Plaintiff United States will not use or

3   rely upon this withdrawal, or any subsequent application or motion for default or

4   default judgment or judgment of forfeiture arising from or related to the withdrawal,

5   in order to raise or support any legal or factual argument, including but not limited

6   to the doctrines of issue preclusion and/or collateral estoppel, in any related

7   forfeiture action alleging similar or related facts.

8   Executed on 16 November 2018, at George Town, Grand Cayman, Cayman Islands.

9

10

11   36 CPS Condos (NYC) LLC
     Name: Michael Pearson
12   Title: Director of FFP (Directors)
     Limited as Manager.
13

14

15   Executed on 16 November 2018, at George Town, Grand Cayman, Cayman Islands.

16

17

18   36 CPS Luxury Hotel (NYC) Limited
     Name: Michael Pearson
19   Title: Director of FFP (Directors)
     Limited as Director.
20

21

22   Executed on 16 November 2018, at George Town, Grand Cayman, Cayman Islands.

23

24

25   36 CPS Parking (NYC) Limited
     Name: Michael Pearson
26   Title: Director of FFP (Directors)
27   Limited as Director.

28

3533806.1

3

Withdrawal of Claims

1  Executed on 16 November 2018, at George Town, Grand Cayman, Cayman Islands.

2

3

4                                              36 CPS Residential Sales (NYC) Limited
                                               Name: Michael Pearson
5                                              Title: Director of FFP (Directors)
                                               Limited as Director.
6

7

8

9  DATED:  November 16, 2018        Respectfully submitted,

10                                  Ekwan E. Rhow
                                    Jeremy D. Matz
11                                  Naeun Rim
                                    Patricia H. Jun
12                                  Bird, Marella, Boxer, Wolpert, Nessim,
                                    Drooks, Lincenberg & Rhow, P.C.
13

14

15

16                                  By:    /s/ Naeun Rim

17                                         Naeun Rim
                                    Attorneys for 36 CPS Condos (NYC) LLC;
18                                  36 CPS Residential Sales (NYC) Limited;
                                    36 CPS Parking (NYC) Limited; and 36
19                                  CPS Luxury Hotel (NYC) Limited

20

21

22

23

24

25

26

27

28

3533806.1                          4