DEBORAH CONNOR, Chief
Money Laundering and Asset Recovery Section (MLARS)
MARY BUTLER Chief, International Unit
WOO S. LEE Deputy Chief, International Unit
JONATHAN BAUM, Trial Attorney
BARBARA LEVY, Trial Attorney
JOSHUA SOHN, Trial Attorney
Criminal Division
United States Department of Justice
  1400 New York Avenue, N.W., 10th Floor
  Washington, D.C. 20530
  Telephone: (202) 514-1263
  Email: Woo.Lee@usdoj.gov
NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JOHN J. KUCERA (CBN: 274184)
MICHAEL R. SEW HOY (CBN: 243391)
Assistant United States Attorneys
Asset Forfeiture Section
  312 North Spring Street, 14th Floor
  Los Angeles, California 90012
  Telephone: (213) 894-3391/(213) 894-3314
  Facsimile: (213) 894-7177
  Email: John.Kucera@usdoj.gov
         Michael.R.Sew.Hoy@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CV 16-5370-DSF (PLAx) |
| Plaintiff, | **STIPULATION AND REQUEST TO LIFT STAY TO FILE STIPULATION FOR CONSENT JUDGMENT** |
| v. | |
| ALL RIGHT TO AND INTEREST HELD OR SECURED BY THE REAL PROPERTY LOCATED IN NEW YORK, NEW YORK, KNOWN AS THE PARK LANE HOTEL, | |
| Defendant. | |

Plaintiff United States of America (the "Government" or the "United States") and claimants Mubadala Development Company PJSC, Fifty Ninth Investment Company LLC, Sixtieth Investment Company LLC, 59th CPS Parking Blocker LLC, 59th Hotel Blocker LLC, 59th CPS Option Units Blocker LLC, Symphony CP (Park Lane) LLC, WG Partners 36 CPS LLC, Athene Annuity & Life Assurance Company, American Equity Investment Life Insurance Company, CRECB Funding III, LLC, and Wells Fargo Bank, N.A., as Administrative Agent for the Senior Lenders (collectively, the "Claimants," and with the Government, the "Parties") by and through their respective undersigned counsel, stipulate and request that the stay in this action be lifted to allow the Parties to file (i) a joint stipulation and request for consent judgment and (ii) a Proposed Consent Judgment of Forfeiture that will fully resolve the instant action.

/ / /
/ / /

On July 20, 2016, the Government initiated this civil forfeiture action alleging that the defendant asset is subject to forfeiture pursuant to Title 18, United States Code, Sections 981(a)(1)(C) & (A).

On September 13, 2017, this action was stayed pursuant to 18 U.S.C. § 981(g).

Dated: November 21, 2018

Respectfully submitted,

DEBORAH CONNOR
Chief, MLARS

NICOLA T. HANNA
United States Attorney

 /s/ *Woo S. Lee*
JOHN J. KUCERA
MICHAEL SEW HOY
Assistant United States Attorneys

WOO S. LEE
Deputy Chief, MLARS
JONATHAN BAUM
BARBARA LEVY
JOSHUA SOHN
Trial Attorneys, MLARS

Attorneys for Plaintiff
UNITED STATES OF AMERICA

3

| | | |
|---|---|---|
| 1 | Dated: November 21, 2018 | /s/ (by e-mail confirmation) |
| 2 | | WILLIAM BURCK |
| | | MARSHALL M. SEARCY III |

Attorneys for
Mubadala Development Company PJSC
Fifty Ninth Investment Company LLC
Sixtieth Investment Company LLC
59th CPS Parking Blocker LLC
59th CPS Hotel Blocker LLC
59th CPS Option Units Blocker LLC

Dated:  November 21, 2018         /s/ (by e-mail confirmation)
                                  ANDREW J. LEVANDER
                                  JOSEPH FAZIOLI

Attorneys for
Symphony CP (Park Lane) LLC

Dated:  November 21, 2018         /s/ (by e-mail confirmation)
                                  ROBERT GOLD

Attorney for
WG Partners 36 CPS LLC

Dated:  November 21, 2018         /s/ (by e-mail confirmation)
                                  RACHEL M. CANNON

Attorney for
Athene Annuity & Life Assurance Company
American Equity Investment Life Insurance Company

4

Dated:  November 21, 2018         /s/ (by e-mail confirmation)
OSCAR RAMALLO
ERIC N. WHITNEY
DIANA STERK

Attorneys for
CRECB Funding III, LLC

Dated:  November 21, 2018         /s/ (by e-mail confirmation)
PAYAM KHODADADI
DION W. HAYES
BENJAMIN L. HATCH
CASEY ERIN LUCIER

Attorneys for
Wells Fargo Bank, N.A.,
   As Administrative Agent for the Senior Lenders