USM-285 is a 5-part form. Fill the form and print 5 copies. Sign as needed and route as specified below.

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|

RECEIVED C/ACA
U.S MARSHAL'S SERVICE
2018 DEC 12 AM 11: 47

L06 #2007
JD15 1

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>CV 16-5370-DSF (PLAx) |
|---|---|
| DEFENDANT<br>ALL RIGHT TO AND INTEREST IN SYMPHONY CP (PARK LANE) LLC. ETC. | TYPE OF PROCESS<br>CONSENT JUDGMENT |

SERVE AT {
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

AUSA JOHN KUCERA
U. S. COURTHOUSE
312 N. SPRING STREET, 14TH FLOOR
LOS ANGELES, CA 90012

| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Fold                                                                                                              Fold

CATS: 16-FBI-004648
Pursuant to the Consent Judgment, deposit the incoming wire in the amount of $139,631,143.00 into the AFF.

Signature of Attorney other Originator requesting service on behalf of:  ✓ PLAINTIFF  ☐ DEFENDANT

TELEPHONE NUMBER: (213) 894-3391
DATE: 12/12/18

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 12 | District to Serve No. 12 | Signature of Authorized USMS Deputy or Clerk | Date 12/12/18 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

FILED
CLERK, U.S. DISTRICT COURT
FEB 28 2019
CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

Date: 12/12/18   Time: 5:31 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $65.00 | | | $65.00 | | $65.00  $0.00 |

REMARKS: $139,631,143.00 received on 12/10/2018 for deposit into AFF.

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00